# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRYOR on behalf of the general public as private attorney general,<br><br>Plaintiff,<br><br>vs.<br><br>SECURITAS CRITICAL INFRASTRUTURE SERVICES, INC., a Delaware Corporation; PARAGON SYSTEMS, INC.; PARASYS, INC., Alabama Corporation; SECURITAS SECURITY SERVICES USA, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **Case No.:** 2:25-CV-02165-TLN-JDP<br><br>**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL OF NAMED PARTIES FROM ACTION** |

## ORDER

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal of Named Parties from Action filed by Robert Pryor ("Plaintiff") and Defendant Securitas Critical Infrastructure Services, Inc. ("Defendant"), (collectively, the "Parties"). The Court hereby dismisses Defendants Paragon Systems, Inc., Parasys, Inc., and Securitas Security Services Usa, Inc. from this Action ***without prejudice***.

**IT IS SO ORDERED.**

Dated: August 8, 2025

_____
Troy L. Nunley
Chief United States District Judge