Frank A. Magnanimo (SBN 174570)
Email: fmagnanimo@fisherphillips.com
Jasmine R. Kiaei (SBN 331080)
Email: jkiaei@fisherphillips.com
FISHER & PHILLIPS LLP
21600 Oxnard Street, Suite 650
Woodland Hills, California 91367
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
SECURITAS CRITICAL INFRASTRUCTURE SERVICES, INC.


James R. Hawkins (SBN 192925)
Email: James@jameshawkinsaplc.com
Gregory Mauro (SBN 222239)
Email: Greg@jameshawkinsaplc.com
Michael Calvo (SBN 314986)
Email: Michael@jameshawkinsaplc.com
Lauren Falk (SBN 316893)
Email: Lauren@jameshawkinsaplc.com
JAMES HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff
ROBERT PRYOR

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PRYOR,<br><br>    Plaintiff,<br><br>  v.<br><br>SECURITAS CRITICAL INFRASTRUCTURE SERVICES, INC.,<br><br>    Defendant. | Case No.: 2:25-cv-02862-TLN-JDP<br><br>**ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE ACTIONS**<br><br><br>Complaint Filed: July 24, 2025<br>Removed:   October 3, 2025<br>Trial Date:   Not Set |

ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE ACTIONS

## ORDER

Having read and considered the Parties' Joint Stipulation, for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Joint Stipulation is GRANTED.

2. Pursuant to Federal Rule of Civil Procedure 42(a), the following actions are hereby CONSOLIDATED for all purposes:

   - *Robert Pryor v. Securitas Critical Infrastructure Services, Inc.*, Case No. 2:25-cv-02862-TLN-JDP; and

   - *Robert Pryor v. Securitas Critical Infrastructure Services, Inc.*, Case No. 2:25-cv-002165-TLN-JDP.

3. Case No. 2:25-cv-02862-TLN-JDP is designated as the lead case.

4. All future filings shall be made in the lead case and shall bear the caption:

   "In re Pryor v. Securitas Critical Infrastructure Services, Inc. Consolidated Actions"

5. The Clerk of Court is directed to administratively close Case No. 2:25-cv-02165-TLN-JDP.

6. This Order shall not affect any previously set deadlines unless otherwise ordered by the Court.

**IT IS SO ORDERED**.

DATED: March 30, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER GRANTING JOINT STIPULATION TO CONSOLIDATE ACTIONS